# EXHIBIT C



United States Patent and Trademark Office

# WINNING ISN'T NORMAL

| | |
|---|---|
| Reg. No. 4,630,749 | BELL, KEITH FRANK (UNITED STATES INDIVIDUAL)<br>3101 MISTYGLEN CIRCLE |
| Registered Nov. 4, 2014 | AUSTIN, TX 78746 |
| Int. Cl.: 16 | FOR: PRINTED MATTER, NAMELY, NON-FICTION PUBLICATIONS, NAMELY, BOOKS, BOOKLETS, PAMPHLETS, ARTICLES, MANUALS AND POSTERS IN THE FIELD OF SPORTS, FITNESS, AND COMPETITIVE PERFORMANCE AND PSYCHOLOGY, IN CLASS |
| TRADEMARK | 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50). |
| PRINCIPAL REGISTER | FIRST USE 9-23-1978; IN COMMERCE 12-31-1982. |
| | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | SER. NO. 85-947,685, FILED 5-31-2013. |
| | SUSAN STIGLITZ, EXAMINING ATTORNEY |

