# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**KEITH BELL, Ph.D.,**

      **Plaintiff,**

                                            **Civil Action 2:18-cv-961**
      **v.**                                       **Judge Edmund A. Sargus**
                                            **Magistrate Judge Jolson**

**CAUGHT MY EYE PHOTOGRAPHY**
**OF COLUMBUS, et al.,**

      **Defendants.**

## ORDER

This matter is before the Court on the parties' Joint Motion for Extension of Discovery and Dispositive Motion Deadlines. (Doc. 40). The parties explain that they have conducted written discovery and are in the process of trying to reschedule Plaintiff's deposition. (*Id*. at 1). However, Plaintiff's attorney, Joshua Jones, is planning to request leave to withdraw as counsel, and Plaintiff needs time to find new counsel. (*Id*.). Furthermore, the parties represent that they would like "to try to conduct settlement negotiations." (*Id*.). For good cause shown, the Joint Motion is **GRANTED**. Accordingly, the discovery deadline is moved to January 21, 2020, and the dispositive motion deadline is moved to February 11, 2020.

      IT IS SO ORDERED.


Date: November 13, 2019                                  /s/ Kimberly A. Jolson
                                                                   KIMBERLY A. JOLSON
                                                                   UNITED STATES MAGISTRATE JUDGE